| | |
|---|---|
| COUNTY OF | INDEX NO: 07CIV7958 |
| UNITED STATES DISTRICT COURT | FILED ON: |
| | DISTRICT: Southern/New York |

*United States of Amercia*

vs

*Joseph Heaven, et. ano.*

Plaintiff(s)

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __September 19, 2007__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Electronic Case Filing Instructions Guidelines and Procedures and Magistrate's Rules, on

Heavenly Fabrics, Inc.

Defendant in this action, by delivering to and leaving with __Carol Vogt__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __306 Business Corporation Law__.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __47 years__ Approx. weight: __110 lbs.__ Approx. Ht.: __5' 1"__

Sex: __Female__ Color of skin: __White__ Color of hair: __Brown__ Other: _____

Sworn to before me on __September 20, 2007__

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0707780