# AFFIDAVIT OF SERVICE

Index #: 07 CV 7958
Date Purchased: September 11, 2007
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Pierre G. Armand AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2724
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

**UNITED STATES OF AMERICA,**
vs.
**JOSEPH HEAVEN and HEAVENLY FABRICS, INC.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On    October 2, 2007    at    4:24 PM
at    346 WARREN DRIVE  WOODMERE, NEW YORK 11598   , deponent served the within
**Summons In A Civil Case, Complaint, Civil Cover Sheet, Judge's Rules, Electronic Case Filing Instructions Guidelines and Procedures and Magistrate's Rules**
with Index Number    07 CV 7958   , and Date Purchased    September 11, 2007    endorsed thereon,
on: **JOSEPH HEAVEN**                                                                        , **Defendant**   therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [X]   By affixing a true copy of each to the door of said premises, which is recipient's:    [ ] actual place of business  [X] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]   On    October 3, 2007   , deponent completed service under the last two sections by depositing a copy of the    ABOVE DOCUMENTS    to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| | | | | |
|---|---|---|---|---|
| thereat on the | 19 | day of | September, 2007 | at | 6:50 PM |
| on the | 25 | day of | September, 2007 | at | 9:10 AM |
| on the | 29 | day of | September, 2007 | at | 2:28 PM |
| on the | | day of | | at | |

#6 NON-SRVC   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding    [ ] Address does not exist    [ ] Other: _____

#7 DESCRIPTION (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _____ Color of skin _____ Color of hair _____ Age _____ Height _____
Weight _____ Other Features: _____

#8 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [X]   MRS. HEAVEN ANSWERED THE DOOR. WHEN SHE LEARNED I HAD LEGAL PAPERS TO SERVE SHE SAID NO ONE IS HOME. SERVED AS LAST KNOWN ADDRESS PER ATTORNEY.

Sworn to before me on this    3    day of    October, 2007

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0747024

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*