# Conforti & Waller, LLP

Anthony T. Conforti
Jeffrey W. Waller
Eric M. Jaffe
Theresa White

Attorneys at Law
140 Fell Court - Suite 303
Hauppauge, New York 11788

Tele: (631) 232-1111
Fax: (631) 232-2380

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

November 13, 2007

<u>Via Fax No. (212) 805-7901</u>

Honorable Harold Baer, Jr.
500 Pearl Street
Chambers 2230
New York, New York 10007

    Re:  United States of America v. Joseph Heaven and Heavenly Fabrics
        <u>Case Number: 07 CIV 7958</u>

Dear Honorable Sir:

    My office represents defendant Joseph Heaven in the above-referenced matter.

    I have been in contact with Pierre G. Armand, Assistant United States Attorney, wherein we have discussed the possibility of settling this matter. Mr. Armand has consented to my request to seek an adjournment of the conference scheduled for November 15, 2007 and to extend my time to file an answer if necessary.

    Accordingly, this letter shall serve as my request to adjourn Joseph Heaven's time to answer until December 18, 2007 and to adjourn the scheduling conference until December 20, 2007.

    Thank you for your assistance.

Very truly yours,

Eric M. Jaffe

cc: Pierre G. Armand, Assisstant U.S. Attorney
    (By Fax (212) 637-2724 and email Pierre.Armand@usdoj.gov)

*[Handwritten annotations: "u l/14/07 on consent Dec 14 & 27th respectively for answer & PTC Dec 6 and 3:00 PM SO ORDERED" with signature]*

Endorsement:

    On consent December 18 and 27th respectively for answer and PTC time 3:00 P.M.