|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF | INDEX NO: 07 Civ.7958 (HB)<br>FILED ON:<br>DISTRICT: Southern/NY |

*United States of America*

vs                                                                                          Plaintiff(s)

*Joseph Heaven, et. al.*

Defendant(s)

| STATE OF NEW YORK, COUNTY OF ALBANY, SS.: | **AFFIDAVIT OF SERVICE<br>BY THE SECRETARY OF STATE** |
|---|---|

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 5, 2008___, at ___8:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ___Summons in a Civil Case, Amended Complaint, Guidelines For Electronic Case Filing and Instructions and Procedures for Electronic Case Filing___, on

___Heavenly Apparel, Inc.___

Defendant in this action, by delivering to and leaving with ___Carol Vogt___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by   ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____
Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: __47 years__   Approx. weight: __110 lbs.__   Approx. Ht.: __5' 1"__
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on     June 6, 2008

_/s/ Marcy O'Hare_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_/s/ Shayne Collen_
Shayne Collen

Invoice•Work Order # 0804603