**AFFIDAVIT OF SERVICE**  Index #: 07 Civ. 7958 (HB)
Date Purchased: May 23, 2008
Date Filed:
Court Date:

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
COUNTY

ATTORNEY(S): Pierre G. Armand AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2724
ADDRESS: 86 Chambers Street  New York  N.Y. 10007    File No.:

### UNITED STATES OF AMERICA,
vs.
### JOSEPH HEAVEN, et al.,

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 17, 2008__ at __4:45 PM__ at __346 WARREN DRIVE  WOODMERE, NY 11598__, deponent served the within **Summons In A Civil Case, Amended Complaint, Guidelines For Electronic Case Filing and Instructions and Procedures For Electronic Case Filing** with Index Number __07 Civ. 7958 (HB)__, and Date Purchased __May 23, 2008__ endorsed thereon,

on: **CARYN S. HEAVEN**_____, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [X]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [X] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On __June 18, 2008__, deponent completed service under the last two sections by depositing a copy of the __ABOVE DOCUMENTS__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| | | | | | |
|---|---|---|---|---|---|
| thereat on the | 31 | day of | May, 2008 | at | 7:46 AM |
| on the | 3 | day of | June, 2008 | at | 7:24 PM |
| on the | 7 | day of | June, 2008 | at | 3:32 PM |
| on the | | day of | | at | |

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [ ]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex _____  Color of skin _____  Color of hair _____  Age _____  Height _____
Weight _____  Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]  ADDRESS CONFIRMED WITH NEIGHBOR "JANE DOE" 344 WARREN DRIVE. WHEN I ASKED HER IF CARYN S. HEAVEN WAS IN THE MILITARY SHE REFUSED TO ANSWER MY QUESTION. NO OTHER NEIGHBORS WERE AVAILABLE.

Sworn to before me on this __24__ day of __June, 2008__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

*ELHAM SHATARA*
ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0822286

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382